

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2019

No. 04-19-00129-CV

**IN THE ESTATE OF JOSE ALFREDO MENDOZA**, Deceased,
Appellant

From the County Court at Law, Starr County, Texas
Trial Court No. PR-16-041
Honorable Romero Molina, Judge Presiding

# O R D E R

The Appellants' Motion for Leave to File Motion for Extension of Time to File Appellants' Brief with Brief Attached is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court